<u>**UNPUBLISHED**</u>

FILED: February 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1792
(2:13-cv-00253-AWA-DEM)

_____

MR. JOHN MALCOLM DICKSON, JR.

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
JUSTICE, Attorney General of the United States of America; UNITED STATES
ATTORNEY GENERAL, For the Eastern District of Virginia

      Defendants - Appellees

_____

O R D E R

_____

The court sua sponte grants panel rehearing and vacates the opinion and

judgment filed December 22, 2014.

Entered at the direction of Judge Wynn with the concurrence of Judge Shedd

and Judge Thacker.

      For the Court

      <u>/s/ Patricia S. Connor, Clerk</u>